Name: Jean-Philippe THIRION
Address: QuantifiCare Inc. 4020 Old Milton Parkway suite 210, Alpharetta, GA 30005, USA
Phone Number: 8886784450
E-mail Address: jpt2@quantificare.com

Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE PROCTER & GAMBLE COMPANY and CANFIELD SCIENTIFIC, INCORPORATED
            Plaintiff,
vs.
QUANTIFICARE INC.
            Defendant.

Case Number: 5:17-cv-03061-LHK

MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

Judge Honorable Lucy H. KOH

As the (Plaintiff/Defendant) Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

☑ A computer with internet access;
☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
☑ A scanner to convert documents that are only in paper format into electronic files;
☐ A printer or copier to create to create required paper copies such as chambers copies;
☑ A word-processing program to create documents; and
☐ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: June 21, 2017         Signature: _____

Name: Jean-Philippe THIRION
Address: QuantifiCare Inc. 4020 Old Milton Parkway suite 210, Alpharetta, GA 30005, USA
Phone Number: 8886784450
E-mail Address: jpt2@quantificare.com

*Pro Se*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and CANFIELD SCIENTIFIC, INCORPORATED<br><br>Plaintiff,<br><br>vs.<br><br>QUANTIFICARE INC.<br><br>Defendant. | Case Number: 5:17-cv-03061-LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____        _____
                                United States District/Magistrate Judge